UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Eugene Green,**

    **Petitioner,**

v.

**Jesse Williams, Warden,**
**Oakwood Correctional Facility,**

    **Respondent.**

Case No. 2:09–cv–999

Judge Michael H. Watson

## ORDER

On October 15, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's claim for relief under 28 U.S.C. § 2254 be dismissed as without merit. *Report and Recommendation,* Doc. No. 9. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The petition is **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**